U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

MAR 12 2012

TONY R. MOORE, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| THEODORE MOORE | CIVIL ACTION NO: 11-1731 |
| VERSUS | JUDGE DONALD E. WALTER |
| 4TH JUDICIAL DISTRICT COURT, ET AL. | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaints be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 11 day of March, 2012.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE